IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Francis Andrew Huspen** | ) | No. 13 B 42208 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on June 28, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                          BY:/s/ Gina B. Krol
                                                                            Ch 7 Bankruptcy Trustee

Service List:


Citibank, NA
c/o American InfoSource, LP
P.O. Box 248840
Oklahoma City, OK   73124-8840

Capital Recovery V, LLC
c/o Receovery Mgmt Systems Corp
25 SE 2nd Avenue, Ste 1120
Miami, FL   33131-1605

Dell Financial Services, LLC
Resurgent Capital Services
P.O. Box 10390
Greenville, SC   29603-0390

Francis Andrew Huspen
330 Old Mill Lane
Bloomingdale, IL   60108

Timothy Hughes
thughes@lavellelaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov