UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
HUSPEN, FRANCIS ANDREW                  §    Case No. 13-42208 DRC
                                        §
          Debtor                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,354.00  *(Without deducting any secured claims)* | Assets Exempt: 27,366.63 |
| Total Distributions to Claimants: 3,568.18 | Claims Discharged Without Payment: 39,730.23 |
| Total Expenses of Administration: 1,562.57 | |

   3) Total gross receipts of $ 8,348.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,217.65  (see **Exhibit 2**), yielded net receipts of $ 5,130.75  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,562.57 | 1,562.57 | 1,562.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 39,730.23 | 3,557.71 | 3,557.71 | 3,568.18 |
| **TOTAL DISBURSEMENTS** | $ 39,730.23 | $ 5,120.28 | $ 5,120.28 | $ 5,130.75 |

4)  This case was originally filed under chapter 7 on  10/29/2013 .  The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/13/2016             By: /s/GINA B. KROL
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| INHERITANCE | 1229-000 | 8,348.40 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,348.40** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| FRANCIS ANDREW HUSPEN | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-000 | 3,217.65 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,217.65** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 1,263.08 | 1,263.08 | 1,263.08 |
| KROL, GINA B. | 2200-000 | NA | 4.85 | 4.85 | 4.85 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 4.71 | 4.71 | 4.71 |
| ADAMS-LEVINE | 2300-000 | NA | 4.57 | 4.57 | 4.57 |
| ASSOCIATED BANK | 2600-000 | NA | 285.36 | 285.36 | 285.36 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,562.57 | $ 1,562.57 | $ 1,562.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers 1555 Barrington Rd. Schaumburg, IL 60194 | | 124.80 | NA | NA | 0.00 |
| | Bloomingdale Fire Protection Dist#1 179 S. Bloomingdale Rd Bloomingdale, IL 60108 | | 689.00 | NA | NA | 0.00 |
| | Central DuPage Emergency Phys P.O. Box 5940 Dept 20 1098 Carol Stream, IL 60197 | | 1,248.18 | NA | NA | 0.00 |
| | Central Dupage Hospital 25 North Winfield Road Winfield, IL 60190 | | 27,524.00 | NA | NA | 0.00 |
| | DuPage Pathology Associates, S.C. 520 E 22nd St Lombard, IL 60148 | | 398.00 | NA | NA | 0.00 |
| | Glen Oaks Hospital 701 Winthrop Ave Glendale Heights, IL 60139 | | 6,265.00 | NA | NA | 0.00 |
| | Good Samaritan Emergency Phys 3815 Highland Ave. Downers Grove, IL 60515 | | 776.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Good Samaritan Hospital 3815 Highland Avenue Downers Grove, IL 60515 | | 1,800.45 | NA | NA | 0.00 |
| | Illinois Emergency Physicians 3815 Highland Ave Downers Grove, IL 60515 | | 591.00 | NA | NA | 0.00 |
| | Lakeshore Hospital Aurora 4840 N. Marine Dr. Chicago, IL 60640 | | 0.00 | NA | NA | 0.00 |
| | St. Alexius Medical Center 22589 Network Place Chicago, IL 60673 | | 124.80 | NA | NA | 0.00 |
| | Winfield Laboratory Consultants SC Dept 4408 Carol Stream, IL 60122-4408 | | 189.00 | NA | NA | 0.00 |
| 000002 | CAPITAL RECOVERY V, LLC | 7100-900 | NA | 1,587.79 | 1,587.79 | 1,587.79 |
| 000001 | CITIBANK, N.A. | 7100-900 | NA | 607.14 | 607.14 | 607.14 |
| 000003 | DELL FINANCIAL SERVICES, LLC | 7100-900 | NA | 1,362.78 | 1,362.78 | 1,362.78 |
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 4.67 |
| | CITIBANK, N.A. | 7990-000 | NA | NA | NA | 1.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DELL FINANCIAL SERVICES, LLC | 7990-000 | NA | NA | NA | 4.01 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 39,730.23 | $ 3,557.71 | $ 3,557.71 | $ 3,568.18 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-42208 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | HUSPEN, FRANCIS ANDREW | | | Date Filed (f) or Converted (c): | 10/29/13 (f) |
| | | | | 341(a) Meeting Date: | 11/26/13 |
| For Period Ending: | 12/13/16 | | | Claims Bar Date: | 05/23/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking at BMO Harris | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Checking Account at Fifth Third | 200.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5. BOOKS / COLLECTIBLES | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7. INSURANCE POLICIES | 1,761.63 | 0.00 | OA | 0.00 | FA |
| 8. IRA - Edward R. Jones | 9,633.00 | 0.00 | OA | 0.00 | FA |
| 9. 401k - JP Morgan Chase | 7,072.00 | 0.00 | OA | 0.00 | FA |
| 10. STOCK - 25 Shares in Disney | 1,725.00 | 0.00 | OA | 0.00 | FA |
| 11. Federal & State Income Tax Returns | 546.00 | 0.00 | OA | 0.00 | FA |
| 12. INHERITANCE (u) | 7,000.00 | 8,343.40 | OA | 8,348.40 | FA |
| 13. 2004 Hyundai Santa Fe | 3,200.00 | 0.00 | OA | 0.00 | FA |
| 14. Edward Jones Account (u) | 2,033.00 | 0.00 | | 0.00 | FA |
| 15. American Airlines Retirment Plan (u) | 0.00 | 0.00 | | 0.00 | FA |
| 16. Worker's Compensation (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $37,720.63 | $8,343.40 | | $8,348.40 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Distribution made on 7/22/16; awaiting clearance of same; TDR to follow

October 11, 2016, 12:31 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: 13-42208 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: HUSPEN, FRANCIS ANDREW | Date Filed (f) or Converted (c): | 10/29/13 (f) |
| | 341(a) Meeting Date: | 11/26/13 |
| | Claims Bar Date: | 05/23/14 |

Final Hearing set for 7/22/16

Sent TRF to US Tee for Review May 19, 2016, 12:34 pm

Trustee is preparing TFR
October 14, 2015, 01:20 pm

Trustee to review claims and preapre TFR.
October 16, 2014, 01:26 pm

Trustee collected Debtor's share of family inheritance.
May 22, 1014  10:37 am

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 01/31/16

/s/    GINA B. KROL
_____    Date: 12/13/16
         GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-42208 -DRC | |
| Case Name: | HUSPEN, FRANCIS ANDREW | |
| Taxpayer ID No: | *******4295 | |
| For Period Ending: | 12/13/16 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0956 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/14 | 12 | Fidelity National Title Company<br>203 N. LaSalle St.<br>Suite 2200<br>Chicago, IL 60603 | Inheritance | 1229-000 | 8,348.40 | | 8,348.40 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,338.40 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,326.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,314.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.36 | 8,301.66 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,289.72 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.32 | 8,277.40 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.91 | 8,265.49 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,253.20 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.27 | 8,240.93 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 4.71 | 8,236.22 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.06 | 8,225.16 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.23 | 8,212.93 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.82 | 8,201.11 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,188.92 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.78 | 8,177.14 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,164.98 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.14 | 8,152.84 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.73 | 8,141.11 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,129.01 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.70 | 8,117.31 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,105.24 |

Page Subtotals 8,348.40 243.16

Ver: 19.06c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-42208 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | HUSPEN, FRANCIS ANDREW | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0956  Checking Account |
| Taxpayer ID No: | *******4295 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.05 | 8,093.19 |
| 02/18/16 | 030002 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 4.57 | 8,088.62 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 8,077.37 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,065.36 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.60 | 8,053.76 |
| 07/22/16 | 030003 | GINA B. KROL 105 W. Adams Street 31st Floor Chicago, IL 60606 | Final Distribution | | | 1,267.93 | 6,785.83 |
| | | | Fees         1,263.08 | 2100-000 | | | |
| | | | Expenses         4.85 | 2200-000 | | | |
| 07/22/16 | 030004 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Final Distribution | | | 608.93 | 6,176.90 |
| | | | Claim         607.14 | 7100-900 | | | |
| | | | Interest         1.79 | 7990-000 | | | |
| 07/22/16 | 030005 | Capital Recovery V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Final Distribution (2-1) WALMART | | | 1,592.46 | 4,584.44 |
| | | | Claim       1,587.79 | 7100-900 | | | |
| | | | Interest         4.67 | 7990-000 | | | |
| 07/22/16 | 030006 | Dell Financial Services, LLC Resurgent Capital Services PO Box 10390 | Final Distribution | | | 1,366.79 | 3,217.65 |

Page Subtotals                                              0.00          4,887.59

Ver: 19.06c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-42208 -DRC |
| Case Name: | HUSPEN, FRANCIS ANDREW |
| Taxpayer ID No: | *******4295 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0956  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29603-0390 | Claim | 1,362.78 | 7100-900 | | | |
| | | | Interest | 4.01 | 7990-000 | | | |
| * 07/22/16 | 030007 | FRANCIS ANDREW HUSPEN | Final Distribution | | 8200-004 | | 3,217.65 | 0.00 |
| | | BLOOMINGDALE, IL  60108 | Surplus Funds | | | | | |
| 10/25/16 | 030008 | FRANCIS ANDREW HUSPEN | Final Distribution | | 8200-000 | | 3,217.65 | -3,217.65 |
| | | c/o Timothy Hughes | Surplus Funds | | | | | |
| | | Lavelle Law, Ltd. | | | | | | |
| | | 501 West Colfax | | | | | | |
| | | Palatine, IL  60067 | | | | | | |
| * 10/27/16 | 030007 | FRANCIS ANDREW HUSPEN | Stop Payment Reversal | | 8200-004 | | -3,217.65 | 0.00 |
| | | BLOOMINGDALE, IL  60108 | STOP PAY ADD SUCCESSFUL | | | | | |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | | 8,348.40 | 8,348.40 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 8,348.40 | 8,348.40 | |
| Less:  Payments to Debtors | | | 3,217.65 | |
| Net | | 8,348.40 | 5,130.75 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0956 | 8,348.40 | 5,130.75 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,348.40 | 5,130.75 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        3,217.65

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*